**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 15, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-01009-CV

---

### IN RE JOSEPH R. WILLIE, II, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 401,492**

---

## MEMORANDUM OPINION

On November 1, 2012, relator Joseph R. Willie, II filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Loyd Wright, presiding judge of Probate Court No. 1 of Harris County, to vacate his order dated November 1, 2012, holding relator in contempt and imposing monetary sanctions.

Mandamus is an extraordinary remedy that will issue only if (1) the trial court clearly abused its discretion and (2) the party requesting mandamus relief has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004).

Relator has not established entitlement to the extraordinary relief of writ of mandamus. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.

2